# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELLY ROGERS HOFFMAN,** | : | |
| Plaintiff | : | No. 1:15-cv-01516 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Saporito)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| Defendant | : | |

## ORDER

Before the Court in the above-captioned action is the August 17, 2016 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 15.) No timely objections have been filed. Accordingly, this 12th day of September, 2016, upon review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 15), of Magistrate Judge Saporito;

2. The Commissioner's decision is **AFFIRMED**, and Plaintiff's request for relief is **DENIED**;

3. Judgment is entered in favor of Defendant and against Plaintiff; and

4. The Clerk of Court shall **CLOSE** the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
